UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-30266 |
| Plaintiff-Appellee, | D.C. No. 6:18-cr-00351-AA-1 District of Oregon, |
| v. | Eugene |
| KEITH ATHERTON, AKA Keith James Atherton, AKA John Doe, | ORDER |
| Defendant-Appellant. | |

Before: MURGUIA, Chief Judge, and WARDLAW, BERZON, R. NELSON, MILLER, BADE, COLLINS, FORREST, SUNG, JOHNSTONE and DE ALBA, Circuit Judges.

Submission of this case is VACATED pending the Supreme Court's decision in *Hunter v. United States*, No. 24-1063. Within 14 days of the Supreme Court's decision, the parties shall file a joint status report.