IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 21-30266 |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH ATHERTON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

———————————

JOINT STATUS REPORT

———————————

After the en banc oral argument in this matter, the Supreme Court granted a writ of certiorari in *Hunter v. United States*, No. 24-1063, to address the standard for enforceability of appeal waivers. In response, this Court vacated the submission of the present case pending the decision in *Hunter* and directed the parties to file a joint status report within 14 days of the ruling. *Hunter* was decided on June 18, 2026. *Hunter v. United States*, No. 24-1063, 2026 WL 1751815 (U.S. June 18, 2026).

In *Hunter*, an eight-justice majority ruled that "an appeal waiver is unenforceable when it would result in a miscarriage of justice." *Id.* at *8. The Court explained that this "rule, properly understood and applied, sets a high bar: The waiver may be set aside only if the sentence is marred by the kind of egregious error

1

that would bring the judicial system into disrepute." *Id.* It "must be obvious—not one a judge could reasonably make. And it must be of the type that would undermine public confidence in the judiciary." *Id.* This miscarriage-of-justice rule, the Court explained, will "offer a safety valve for extreme cases—a way out of a waiver when the justice system's basic integrity is at stake." *Id.*

The parties propose filing supplemental briefs to address the impact of the opinion in *Hunter* on the present case and respectfully request a deadline of August 17, 2026, or later, to file those briefs.

Respectfully submitted this 2nd day of July, 2026.

/s/ *Elizabeth G. Daily*
Elizabeth G. Daily
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123
Liz_Daily@fd.org
Attorney for Appellant

/s/ *Sarah Barr*
Sarah Barr
Assistant United States Attorney
1000 SW 3rd Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
sarah.barr@usdoj.gov
Attorney for Plaintiff-Appellee