UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> KEITH ATHERTON, AKA Keith James Atherton, AKA John Doe, <br><br> Defendant-Appellant. | No. 21-30266 <br><br> D.C. No. 6:18-cr-00351-AA-1 <br> District of Oregon, <br> Eugene <br><br> ORDER |

Before: MURGUIA, Chief Judge, and WARDLAW, BERZON, R. NELSON, MILLER, BADE, COLLINS, FORREST, SUNG, JOHNSTONE and DE ALBA, Circuit Judges.

The parties shall file supplemental briefs addressing the impact of the

Supreme Court's opinion in *Hunter v. United States*, No. 24-1063 (2026).

Appellant's supplemental brief is due 21 days after the date of this order.

Appellee's supplemental brief is due 21 days after appellant's brief is filed.

Supplemental briefs shall not exceed 4,000 words. No extensions will be

permitted. No reply briefs shall be permitted absent further order from the court.